IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-mc-00019-MR-WCM

| | | |
|---|---|---|
| HRB RESOURCES LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DRAKE SOFTWARE LLC, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 9) filed by Anna P. Cathcart. The Motion indicates that Ms. Cathcart, a member in good standing of the Bar of this Court, is local counsel for Petitioner and that she seeks the admission of Matthew S. Perez, who the Motion represents as being a member in good standing of the Bar of Florida. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 9) and **ADMITS** Matthew S. Perez to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 22, 2024

W. Carleton Metcalf
United States Magistrate Judge